# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA, | ) | |
| a Texas Corporation, | ) | |
| | ) | Civil Action No. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Judge |
| | ) | |
| The Paradies Shops, Inc. | ) | |
| a Georgia Corporation, | ) | Magistrate Judge |
| | ) | |
| and | ) | FILED: JUNE 10, 2008        LI |
| | ) | 08CV3349 |
| | ) | JUDGE   KENNELLY |
| Image Masters, Inc | ) | MAGISTRATE   JUDGE SCHENKIER |
| a California Corporation, | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT FOR PATENT AND COPYRIGHT INFRINGEMENT, FOR FEDERAL AND STATE TRADE DRESS INFRINGEMENT, AND FOR UNFAIR COMPETITION

Plaintiff, Rabbit Tanaka Corporation, USA, complains of the Defendants, The Paradies Shops, Inc. (*Paradies*) and Image Masters, Inc. (*Image Masters*) as follows:

1.     Plaintiff is a corporation of Texas with its principal place of business at 5925 Lovell Avenue, Fort Worth, Texas 76107.  It is doing business in this district and generally throughout the United States by the sale and distribution of its products under the Rabbit Tanaka and other brand names.

2.     Defendant Paradies is a corporation of Georgia, with headquarters at 5950 Fulton Industrial Boulevard, Atlanta, Georgia  30336, and having places of business at 5950 Fulton

Industrial Boulevard, Atlanta, Georgia 30336, and elsewhere and in many other states of the United States.

3.     Defendant Image Masters, Inc. is a corporation of California, with a place of business at 2899 Agoura Rd., Westlake Village, California 91361 and at 429 Grogan Avenue, Merced, California  95341-6401.

4.     The Court has personal jurisdiction over the Defendants because, among other things, the defendants transact business in this judicial district, at least by offering to sell, selling, delivering, shipping and/or advertising infringing products at retail stores and through the Internet and other distribution channels in such a way as to reach customers in Illinois and this judicial district.  The Defendants have specifically committed acts of infringement in this judicial district by selling and shipping infringing products to customers in this judicial district.

5.     This Court has jurisdiction of this civil action under 28 USC § 1331, under the Patent Laws of the United States, 35 USC §§ 1 et seq., the copyright laws of the United States, 17 USA § 1 et seq., and under the Lanham Act, 15 USC §1125(a) and (c).  This Court has jurisdiction over the related state law causes of action under 28 USC §1338(b).

6.     Venue is proper in this Court under 28 USC § 1391(b)(2), as the Defendants have committed acts of infringement herein as alleged.

**COUNT I:  US PATENT INFRINGEMENT**

7.     On November 11, 1997, United States Patent No. 5,685,097 (the '097 patent) was duly and legally issued for "Illuminated Colored Display Device".  An exclusive license to the '097 patent was granted to Plaintiff, together with the right to sue for past infringements, so Plaintiff has standing to sue.  A copy of the '097 Patent is attached hereto as Exhibit A.

8.     Prior to the commencement of this action, Defendants have infringed the '097 patent, within this judicial district and elsewhere, within the provisions of 35 USC § 271, by making, selling, offering for sale, delivering and/or using illuminated, color display devices which embody an equivalent structure to the patented invention as set forth in Claim 1 and other claims of that

- 2 -

patent, and they will continue to do so unless enjoined by this Court.  The Infringing Products include, at least,  (1) the Jungle Parade Revolving Lamp from Image Masters (A photocopy of the packaging and the product is attached hereto as Exhibit B); (2) the Dolphin Family Aquarium Lamp from Image Masters (A photocopy of the packaging and the product is attached hereto as Exhibit C); and (3) the Living Sea Aquarium Lamp from Image Masters (A photocopy of the packaging and the product is attached hereto as Exhibit D).  These products are sold by Defendant Image Masters to Defendant Paradies for resale within the United States.

9.    Among other elements, each of the Infringing Products above includes two translucent members, each of which includes translucent color patterns that are sufficiently translucent so that when the translucent members move relative to one another, light passing through the inner and outer color patterns result in seeing, from an outside observer's perspective, changing patterns and colors.  This is shown, for example, in the product photograph of Exhibit C where the "Blue" translucent dolphin morphs through varying shapes and shades of "green" as it passes the yellow coral.  A third translucent member includes magnifying portions through which the illumination passes creating various magnification of the changing color patterns.

10.    Defendants have also infringed the '097 patent by knowingly and actively inducing others to infringe, and by contributing to the infringement of others through the manufacture, use, sale, importation and/or offer for sale of the Infringing Products.

11.    Defendants' infringement, contributory infringement and/or knowing and intentional inducement to infringe has injured Plaintiff and Plaintiff is entitled to recover damages adequate to compensate it for such patent infringement in the amount of $250,000.00, but in no event less than a reasonable royalty.

12.    Plaintiff makes and sells the original patented motion lamp device under, among others, the brand name "Coral Fish Aquarium Motion Lamp" and has provided notice to the public pursuant to 35 U.S.C. § 287 by marking the packaging for its products with the '097 patent number.  Therefore, Defendants have had constructive notice of the '097 patent and despite that notice have committed acts of infringement, including but not limited to those described herein.

13.     Defendants have known of the '097 patent yet have, without reasonable and well-founded belief that they are entitled to make and sell their Infringing Products, deliberately and willfully infringed and continue to infringe the '097 patent, making this an exceptional case and justifying the assessment of treble damages pursuant to 35 USC § 284, and the award of attorney fees pursuant to 35 USC § 285.

## COUNT II:  COPYRIGHT INFRINGEMENT

14.     Plaintiff incorporates and re-alleges the matters of paragraphs 1-13, above.

15.     Copyright Registration No. VA 1-086-063 dated January 2, 2001 was issued on Plaintiff's claim to copyright in the two screens and the overall appearance of its Coral Fish Aquarium Motion Lamp.  Since that date Plaintiff has been, and still is, the exclusive US licensee of Copyright Registration No. VA 1-086-063, with the right to bring suit for all infringements of said copyright. and has standing to sue.  A copy of Copyright Registration No. VA 1-086-063 is attached hereto as Exhibit E.

16.     Copyright Registration No. VA 1-086-063 for the Coral Fish Aquarium Motion Lamp is valid and enforceable against Defendants' Infringing Products.

17.     On information and belief, Defendants and/or their supplier has had access to and possession of specimens of Plaintiff's Coral Reef Lamp Motion Lamps, and has disassembled and inspected the screen and modulator shell and has copied the appearance of the protected elements thereof .

18.     On information and belief, Defendants' motion lamp devices embody first and second screens that are copied from, or made derivatively with knowledge of the protectible expression of, Plaintiff's Coral Reef Lamp motion lamp as embodied in the first and second screens and the overall appearance thereof.  In particular, Defendants' first, inner screen of their motion lamp copies protectible expression from the first screen of Plaintiff's Coral Reef Motion Lamp, and Defendants' second, outer screen of their motion lamp copies protectible expression from the second screen of Plaintiff's Coral Reef Motion Lamp, in elements selected and arranged

- 4 -

thereon including coral heads, orange fish, yellow fish, striped fish, and the like, the effect of which is to lessen the distinctiveness of and directly to diminish the market for Plaintiff's copyrighted Coral Reef Lamp Motion Lamp.

19.     Defendants' copying of the protectible expression of elements of the Coral Reef Lamp Motion Lamp created by and for Plaintiff infringes the registered copyright of Plaintiff in such Motion Lamp, without reasonable and well-founded belief that they are entitled to make and sell their accused motion lamp, deliberately and willfully infringed and continues to infringe Plaintiff's copyright, making this an exceptional case and justifying the assessment against Defendants of treble damages pursuant to 17 USC § 504, and the award of costs and attorney fees pursuant to 17 USC § 505.  Defendants will continue their infringement of Plaintiff's copyright rights unless enjoined by this Court.

## COUNT III:  FEDERAL AND STATE TRADE DRESS INFRINGEMENT

20.     Plaintiff incorporates and re-alleges the matters of paragraphs 1-17, above.

21.     The products sold by Plaintiff are distinctive in their appearance, apart from the patented components and structures as disclosed and claimed in the '097 patent and the copyrighted expression and artistry registered by Plaintiff.  The cartons in which Plaintiff's products are packed and shipped and displayed are also distinctive.  The product and cartons have come to be identified by interested members of the public with products originating from Plaintiff.

22.     Defendants have copied the trade dress of Plaintiff's products and also the packaging of those products, packaging and selling their copied products in exactly the same way as Plaintiff has packaged and sold its original products and, on information and belief, with the hope and expectation that persons seeking to buy Plaintiff's product will buy Defendants' product instead and by mistake.

23.     Defendants will continue to promote and sell their product with the substantially identical, infringing trade dress without right or license from Plaintiff unless enjoined by this Court.

## COUNT IV:  FEDERAL AND STATE UNFAIR COMPETITION

24.     Plaintiff incorporates and re-alleges the matters of paragraphs 1-22, above.

25.     Defendants have produced, promoted, and sold their copy of Plaintiff's Motion Lamp as if it were Defendants' own, and has reduced the price of its copied motion lamp below what Plaintiff can economically wholesale its Device for resale, counting the development costs for its device which Defendants have avoided by their copying.

26.     Defendants have violated the Illinois Deceptive Trade Practices Act (815 ILCS 510/1 et seq.) and engaged in unfair methods of competition and deceptive acts, where Defendants' offering their copied motion lamp products without acknowledging the origin of the design with Plaintiff has caused a likelihood of confusion and misunderstanding as to the sources and qualities of the products offered by Plaintiff and by Defendants.

27.     By reason of Defendants' acts complained of herein, Defendants have caused a likelihood of confusion among the public, competed unfairly, and committed unfair and deceptive acts in the conduct of their trade or commerce, in violation of the Illinois Deceptive Trade Practices Act, 815 ILCS §510/1, et seq.

WHEREFORE, PLAINTIFF PRAYS THAT:

a.     Temporary, preliminary, and permanent injunctions be issued from this Court, barring the Defendants and their privies from any further making, importation, sale, offering for sale, and use of their products so as to infringe Plaintiff's '097 patent and/or its copyright, infringing Plaintiff's trade dress in the product appearance and packaging of its Motion Lamp, and from competing unfairly with Plaintiff in its Motion Lamp.

b.     Temporary, preliminary, and permanent injunctions be issued from this Court, directing that Defendants immediately destroy, or turn over to Plaintiff for destruction or disposal, all remaining Infringing Products in their possession at all stores and warehouses of Defendants, in transit among places of business of Defendants, and coming into possession of Defendants in the import trade.

c.      An Order be entered awarding Plaintiff its damages, increased damages, attorneys' fees, and costs and expenses in this matter, and

d.      Such further and other relief be granted, including costs of suit, as may be just and equitable in the circumstances.

e.      Increased damages as permitted under 35 U.S.C. § 284; and

f.      A finding that this case is exceptional and an award to Plaintiff of its reasonable attorneys' fees and costs as provided by 35 U.S.C. § 285.


Respectfully submitted,


June 10, 2008                        /s/ Robert J. Schneider___  _____
                                Robert J. Schneider
                                John R. Crossan
                                  COUNSEL FOR PLAINTIFF,
                                  **RABBIT TANAKA CORPORATION, USA**
                                CHAPMAN AND CUTLER
                                111. W. Monroe St.
                                Chicago, IL  60603
                                312/845-3000
                                fax: 312/803-5299

```
LI
08CV3349
JUDGE   KENNELLY
MAGISTRATE   JUDGE SCHENKIER
```

# Exhibit A



US005685097A

# United States Patent [19]

## Marinov

[11] Patent Number: **5,685,097**

[45] Date of Patent: **Nov. 11, 1997**

[54] **ILLUMINATED COLORED DISPLAY DEVICE**

[75] Inventor: **Daniel Marinov**, Quarry Bay, Hong Kong

[73] Assignee: **Haggerty Enterprises, Inc.**, Chicago, Ill.

[21] Appl. No.: **575,255**

[22] Filed: **Dec. 20, 1995**

[51] Int. Cl.⁶ .................................................. **G09F 13/32**

[52] U.S. Cl. ................................ **40/431**; 362/283; 362/811

[58] Field of Search .............................. 40/431, 436, 444; 362/811, 283, 284, 336

[56]                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 99,235 | 4/1936 | Wolfson . | |
| D. 102,868 | 1/1937 | Barrett . | |
| 1,099,879 | 6/1914 | Hutchings | 40/431 |
| 1,178,732 | 4/1916 | Koken | 40/431 |
| 1,612,362 | 12/1926 | Decker | 40/431 |
| 1,652,779 | 12/1927 | Gillinder | 362/356 |
| 1,871,073 | 8/1932 | Walker | 40/431 |
| 2,608,779 | 9/1952 | Joy | 40/431 |
| 2,702,850 | 2/1955 | Harling | 362/336 |
| 2,867,716 | 1/1959 | Ream | 362/811 X |
| 3,179,791 | 4/1965 | Mole | 362/806 X |
| 3,686,494 | 8/1972 | Naylor | 362/811 X |
| 3,791,058 | 2/1974 | Mollica | 362/811 X |
| 3,964,194 | 6/1976 | Gugeler | 362/811 X |
| 5,065,289 | 11/1991 | Teng | 362/269 X |
| 5,339,224 | 8/1994 | Woehler | 362/35 |
| 5,394,309 | 2/1995 | Brown | 362/806 X |
| 5,442,524 | 8/1995 | Farmer | 362/284 X |

*Primary Examiner*—Joanne Silbermann
*Attorney, Agent, or Firm*—Keck, Mahin & Cate

[57]                **ABSTRACT**

An illuminated colored display device having a pair of counter rotating translucent members bearing colored patterns thereon, and a light distorting, magnifying and reducing, member surrounding a source of light, such that when viewed from a fixed location the display device a changing display of colors and shapes is observed.

**13 Claims, 3 Drawing Sheets**





**U.S. Patent**    Nov. 11, 1997    Sheet 1 of 3    5,685,097



FIG. 2



FIG. 3



FIG. 4

FIG. 5

FIG. 6



5,685,097

# 1

## ILLUMINATED COLORED DISPLAY DEVICE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to illuminated colored display devices, and more particularly to a display device which presents the visual effect of changing colors in changing patterns of shapes when viewed by an observer.

2. Description of Related Art Including Information Disclosed under Secs. 1.97–1.99

Various types of ornamental illuminated display devices have been provided in the past. Some of these devices have obtained a desired visual effect of changing light patterns by passing light through liquids contained within transparent housings located between the viewer and the source of light. Two or more liquids of different colors may be utilized, with air bubbles being passed through the liquids to provide changing colors and patterns. Typical of such devices are those shown in U.S. Pat. Nos. 3,613, 264 - Vitka et al, 3,706,149 - Olivieri, and 3,964,194 - Gugeler. For instance, the Gugeler patent describes a changeable color device wherein an illumination source is located within three concentric cylinders formed of a light transmissive material, between pairs of which air is bubbled through a liquid.

Other ornamental illuminated display devices have obtained the desired visual effect of changing light patterns by causing the movement of one or more light transmissive means of varying shapes and colors with respect to the light source. Typical of such devices are those shown in the following Unites States patents:

| | |
|---|---|
| 2,867,716 — Ream | 3,791,058 — Mollica |
| 3,179,791 — Mole | 5,065,289 — Teng |
| 3,686,494 — Naylor | 5,394,309 — Brown |

The Ream patent discloses an ornamental display device wherein a bulb is located in a rotating drum which is provided with perforations through which light projects to a clear plastic cylindrical shell. The Mole patent describes an illuminating device wherein three lens of different colors are mounted in a triangular form on a support which rotates about a light source. The light passing through the lens also is passed through an aperture formed in the spherical housing containing the light source and lens.

The Naylor patent illustrates a lighting apparatus wherein two concentric cylindrical light transmissive members having designs thereon are caused to counter-rotated around a light source. The heat generated by the light source causes air currents to engage blades secured to the cylinders to cause them to rotate. The Mollica patent sets forth a device for providing visual effects including a source of black light located within a rotatable hollow cylindrical translucent element having a pattern thereon subject to fluorescence. The translucent element is surrounded by a cylindrical lens which is located within a translucent rectangular housing.

The Teng patent reveals a display device which includes a crystal ball having a plurality of concave and convex portions which when filled with water form concave and convex lens through which is observed a decorative article within the ball. The ball is caused to rotate with respect to the base on which it is supported. The Brown patent is directed to a submersible device for changing colors in an aquarium, wherein a domed member having transparent plates of varying colors is caused to rotate around a light

# 2

source, with the light of varying colors projecting into the water through clear transparent windows in a housing enclosing the device.

### SUMMARY OF THE INVENTION

It is an object of this invention to provide an illuminated colored display device which presents the visual effect of changing colors in changing patterns of shapes when viewed by an observer. It is a further object of this invention to provide an illuminated colored display device which is readily adapted to provide changing colors in different hues and in different changing patterns. It is a still further object of this invention to provide such an illuminated colored display device which is readily assembled from limited number of components which are readily manufactured.

In accordance with this invention an illuminated colored display device is provided which includes a base, and at least two translucent members which are supported on turntables which are in turn supported by the base and are rotated with respect to the base by a drive system included in the base. The translucent members, which in the preferred embodiment are of a frustum shape, surround a source of illumination which is also supported on the base. Colored patterns consisting of areas of two or more colors or clear areas are provided on the translucent members. A third translucent member, which is supported on the base in a fixed position is of the same general shape as the others, but is formed with regions of varying thickness such that it distorts the light passing through it so as to both magnify and reduce the various colored areas to provide a visual effect which varies in color, and shape. An opaque cover is supported on the third translucent member over the ends of all of the translucent members. The translucent members may be lifted from the base to gain access to the source of illumination which in the preferred embodiment is an electric light bulb.

Other objects and further details of this invention are set forth my making reference to the following drawings and specification.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an illuminated decorative device in accordance with this invention.

FIG. 2 is an exploded perspective view of the illuminated decorative device in accordance with this invention.

FIG. 3 is a top plan view with portions removed and other portions broken away of the base of the illuminated decorative device in accordance with this invention.

FIG. 4 is a cross-sectional view of the base of the illuminated decorative device in accordance with this invention taken along the lines 4—4 in FIG. 1.

FIG. 5 is an exploded fragmentary view of a portion of the illuminated decorative device in accordance with this invention.

FIG. 6 is an exploded fragmentary view similar to FIG. 5 showing portions of the illuminated decorative device in accordance with this invention in a different position.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIGS. 1 and 2, a preferred embodiment of the illuminated decorative device 10 of this invention is shown. The principal components of the illuminated decorative device are a base 12, a first translucent member 14, a second translucent member 16, a third translucent member 18 and a cap 20.

5,685,097

<table>
<tr><td>3</td><td>4</td></tr>
</table>

The first, second and third translucent members 14, 16 and 18 are of a generally cylindrical or more particularly a frustum shape, with the larger diameter end being positioned toward the base and the smaller diameter end being positioned away from the base. The second translucent member 16 is of a larger diameter than the first translucent member 14, and the third translucent member 18 is of a larger diameter than the second translucent member 16, such that the third translucent member may be placed around the second and the second around the first. In the preferred embodiment of this invention, the first, second and third translucent members are formed of a clear translucent plastic body.

Translucent color patterns are provided on the surfaces of the first and second translucent members 14 and 16. As shown in FIGS. 2, 5, and 6, a two-color pattern consisting of red 28 and yellow 30 areas is provided on the surface of the first translucent member 14. This color pattern may be applied in various ways, such as by painting, for instance by silk screen or by securing a transparent film formed with areas of each of the colors, to the member 14, or by applying two films, each of which bears one of the colors. Similarly, a colored pattern is provided on the surface of the second translucent member 16. As illustrated in FIGS. 2, 5, and 6, blue 32 and yellow 34 areas are provided, as well as clear areas 36. Further, in some areas, the blue and yellow overlap so as to provide a generally green area 38. Again, the colored areas may be provided in numerous different ways known in the art.

The third translucent member 18 has a generally smooth inner surface and a wave-like outer surface, such that it has alternate thin areas 40 and thick areas 42. These alternating thin and thick areas provide a vertically oriented pattern of alternating magnifying and reducing portions.

As will be more fully explained hereafter with reference to FIGS. 3 and 4, a drive system is provided in the base 12, which in conjunction with turntables supporting the first and second translucent members 14 and 16, causes each of them to rotate with respect to the base in an opposite direction with respect to each other. Thus, with the first and second translucent members rotating in the illuminated decorative device as shown in FIG. 1, varying patterns of shape and color are observed at a fixed point spaced from the illuminated decorative device.

Referring now to FIGS. 3 and 4, the drive system which causes the first and second translucent members to rotate with respect to the base and in opposite directions with respect to each other will be described. The truncated cone-shaped base 10 is provided with a top 44, from which is suspended by downwardly projecting posts 46, a portion of one of which is shown, an electric drive motor 48. The output shaft of the drive motor has affixed thereto a gear 52 which engages a gear 54 which is connected to a shaft, (not shown) which extends through the top 44 and has secured thereto a pair of gears 56 and 58 which are of different diameters. The smaller diameter gear 58 drives still another gear 60 which is supported on a post 62 extending from the base 44. The gear 56 also drives a gear 64 which is supported from another post 66 which extends from the base 44.

A first turntable as shown in FIGS. 3 and 4 is provided for supporting the first translucent member 14. The first turntable 68 has an aperture therein such that it fits over an upwardly extending cylindrical member 70 of the top 44. A downwardly projecting cylindrical member 71 is provided on the first turntable 68. Formed on the outer surface of the cylindrical member 71, which surrounding the cylindrical

member 70, is a gear 72 which engages the teeth of gear 60, as is best seen in FIG. 3, so as to be driven by the motor 48.

Similarly, a second turntable 74 is provided for supporting the second translucent member 16. The second turntable 74 is provided with a downwardly extending cylindrical portion 76, on the inner surface of which is formed a gear 78. As best seen in FIG. 3, the gear 78 is engaged by the gear 64 such that the second turntable 74 is also driven by the electric motor 48.

To summarize, the drive train for the first turntable 68, which supports the first translucent member 14 includes gears 52, 54, 56, 60 and 72. The drive train for the second turntable 74, which supports the second translucent member 16, includes gears, 52, 54, 58, 64 and 78. It will be apparent to a person skilled in the art that by varying the diameters of the various gears involved in the gear trains, the speeds of rotation of the turntables 68 and 74 may be changed with respect to the base 12, and also with respect to each other. Thus, with the drive trains as shown, energization of the motor 48 will cause the turntables 68 and 74 and therefore the first and second translucent members 14 and 16 to rotate in opposite directions with respect to each other.

Supported in the center of base 12 is a electrical lamp socket 80 for receiving and energizing a source of illumination 82 such as an incandescent light bulb as shown in FIGS. 5 and 6. The energized light bulb provides light which is transmitted through first, second and third translucent members to a viewers eyes.

Referring to FIGS. 5 and 6, the light source 82 is shown along with exploded, partial sectional views, of the first translucent member 14, the second translucent member 16 and the third translucent member 18. In accordance with conventional standards for designating color, the first translucent member is shown to have a pattern of red and yellow areas. Similarly, the second translucent member is shown to have blue, yellow, green and clear areas. As light from the light source 82 passes through the first and second translucent members 14 and 16 and the colors thereon, changing color patterns are observed through the third translucent member 18 due to the motion of the first and second translucent members 14 and 16 with respect to each other. It should be understood that the colors represented on the third translucent member 18, in FIGS. 5 and 6 are those which are viewed from an external point. The colors do not represent actual colored areas of the third translucent member, but rather the changing colors of the light which has passed through members 14 and 16. FIG. 6, is similar to FIG. 5, but shows the first and second translucent members 14 and 16 in a subsequent position with respect to each other. A comparison of the colored areas on third translucent member 18 in FIGS. 5 and 6 illustrates the changing of the pattern and of the color as observed through member 18 due to the displacement of members 14 and 16 with respect to each other.

As shown in FIGS. 5 and 6, a translucent but light dispersing thin member 84 may be provided between light source 82 and the first translucent member 14, to disperse the light emitted from the source 82, so as to eliminate the viewing of a particularly bright spot through the three translucent members.

Finally, in a preferred embodiment, an opaque cap 20 is placed upon the top of the third translucent member 18 and supported thereby. Annular openings 84, 86 and 88 are provided in the top of the cap 20 to permit The convective air flow through the base and inside the first translucent member 14 around the lamp 82 to dissipate the heat generated thereby.

5,685,097

5

It should be further noted that the first, second and third translucent members and the cap **20** may be easily lifted off the base **12** and the turntables **68** and **74** to gain access to the bulb **82**.

While a particular embodiment of the invention has been shown, it would be apparent to one skilled in the art that the particular shape of the base **12** and of the first, second and third translucent members **14**, **16**, and **18** could be readily changed as could the pattern of colors and the colors provided on the first and second translucent members **14** and **16**. Further, rather than providing the alternating thick and thin wall portions in third translucent member **18**, so as to provide alternately reducing and magnifying areas, it could be of uniform thickness or of irregular thickness in various arrangements.

It should be apparent to those skilled in the art that while what has been described are considered at present to be the preferred embodiments of the illuminated colored display device of this invention, in accordance with the patent statutes, changes may be made in the illuminated colored display device without actually departing from the true spirit and scope of this invention.

The appended claims are intended to cover all such changes and modifications which fall within the true spirit and scope of this invention.

What is claimed is:

1. An illuminated decorative device comprising:

a base;

a source of illumination supported on said base;

a first translucent member supported on said base, said first translucent member having a pattern formed thereon of at least two colors, said first translucent member surrounding said source of illumination;

a second translucent member supported on said base, said second translucent member having a pattern formed thereon of at least two colors, said second translucent member surrounding said first translucent member;

a third translucent member supported on said base surrounds said second translucent member, said third translucent member is formed with magnifying and reduction portions; and

a drive system supported on said base, said drive system moving said first translucent member with respect to said base, said drive system moving said second translucent member with respect to said base and with respect to said first translucent member, whereby the illumination from said source of illumination as observed through said third translucent member is a varying pattern of colors, shapes and magnification thereof depending upon the relative positions of said first, second and third translucent members with respect to each other.

2. The illuminated decorative device of claim 1, wherein said first and second translucent members are of a generally cylindrical shape, with said second translucent member being of a larger diameter than the first translucent member.

3. The illuminated decorative device of claim 1, wherein said first and second translucent members are of a frustum shape, with said second translucent member being of a larger diameter than the first translucent member.

6

4. The illuminated decorative device of claim 1, wherein said first translucent member has a pattern formed thereon of two different colors.

5. The illuminated decorative device of claim 1, wherein one of said first and second translucent members has a pattern formed thereon by two transparent colored portions and a clear portion, with portions of said two colors overlying each other.

6. The illuminated decorative device of claim 1, wherein said translucent members are formed of transparent colorless base, with said pattern of transparent colors being applied thereto.

7. The illuminated decorative device of claim 1, wherein a first end of said third translucent member is supported on said base, and a cover is secured to a second end of said third translucent member.

8. The illuminated decorative device of claim 1, wherein said first, second, and third translucent members are of a generally cylindrical shape, with said second translucent member being of a larger diameter than the first translucent member and the third translucent member being of a larger diameter than the second translucent member.

9. The illuminated decorative device of claim 1, wherein said first, second, and third translucent members are of a frustum shape, with said second translucent member being of a larger diameter than the first translucent member and the third translucent member being of a larger diameter than the second translucent member.

10. The illuminated decorative device of claim 1, wherein said drive system causes said first translucent member to move in a first direction and said second translucent member to move in a direction opposite said first direction.

11. The illuminated decorative device of claim **10**, wherein said drive system includes first and second counter rotating turntables, said first turntable supporting said first translucent member and said second turntable supporting said second translucent member.

12. The illuminated decorative device of claim 1, wherein said source of illumination is electrically energized.

13. A decorative lamp comprising:

a base;

a drive system housed in said base;

an illumination source supported on said base;

a first translucent member having portions of different colors surrounds said illumination source and is supported on said base;

a second translucent member having portions of different colors surrounds said first translucent member and is supported on said base; and

a third translucent member surrounding said second translucent member and is supported on said base. Said third translucent member has magnifying portions through which said illumination passes, said drive system causing said first and second translucent members to move with respect to each other, and with respect to said base and said third translucent member, whereby the color and pattern of the illumination emitted through said third translucent member is of a changing pattern, color and magnification thereof when observed from a fixed position spaced from the lamp.

\* \* \* \* \*

```
LI
08CV3349
JUDGE    KENNELLY
MAGISTRATE   JUDGE SCHENKIER
```

# Exhibit B





```
LI
08CV3349
JUDGE   KENNELLY
MAGISTRATE   JUDGE SCHENKIER
```

# Exhibit C





LI
08CV3349
JUDGE    KENNELLY
MAGISTRATE   JUDGE SCHENKIER

# Exhibit D





```
LI
08CV3349
JUDGE   KENNELLY
MAGISTRATE  JUDGE SCHENKIER
```

# Exhibit E

# CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI



**VA 1-086-063**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**JAN. 02, 2001**

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
CORAL FISH AQUARIUM

**NATURE OF THIS WORK ▼** See instructions
~~NOVELTY LAMP~~
pictorial, graphic and photographic work of panels and packaging box

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MOTION LAMP SERIES

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
RABBIT TANAKA CORP., LTD.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG, CHINA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate boxes). **See instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate boxes). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

## 3

**Year in Which Creation of This Work Was Completed**
1995 ◀ Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 5   Year ▶ 1995
CHINA ◀ Nation

---

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

RABBIT TANAKA CORP., LTD.
14 WESTLANDS ROAD, 3/FC, QUARRY BAY
HONG KONG, CHINA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED   JAN 02 2001
ONE DEPOSIT RECEIVED   JUL 02 2001   JAN 02 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

\* Amended by CO per telephone authority granted by
John R. Crossan, authorized agent of remitter,
on July 13, 2001.

EXAMINED BY *JHA*

CHECKED BY

FORM VA

☒ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

THOMSON & THOMSON CO.
DA    051794

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

ROBERT J. SCHNEIDER
CHAPMAN AND CUTLER
111 W. MONROE ST., #1700

Area code and daytime telephone number ▶  ( 312 ) 845-3000          Fax number ▶  ( 312 ) 803-5299

Email ▶ IPLAW@CHAPMAN.COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  RABBIT TANAKA CORP., LTD.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ROBERT J. SCHNEIDER                                        Date ▶ DEC. 26, 2000

Handwritten signature (X) ▼

X _[signature]_

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
ROBERT J. SCHNEIDER, ESQ.

Number/Street/Apt ▼
111 W. MONROE ST., #1700

City/State/ZIP ▼
CHICAGO, IL  60603

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999
♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71