IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA, ) | | |
|    a Texas Corporation, ) | | |
| ) | Civil Action No. 08 CV 3349 | |
|                Plaintiff ) | | |
| ) | | |
|        v. ) | Judge Kennelly | |
| ) | | |
| The Paradies Shops, Inc. ) | | |
|    a Georgia Corporation, ) | Magistrate Judge Schenkier | |
| ) | | |
|                and ) | | |
| ) | | |
| Image Masters, Inc ) | | |
|    a California Corporation, ) | | |
| ) | | |
|               Defendants ) | | |
| _____) | | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S
COMPLAINT AND TO ADJOURN THE SET STATUS HEARING**

**I.   Relief Sought**

     Defendant, The Paradise Shops, Inc. is a Georgia corporation having its principal place of business at 5950 Fulton Industrial Boulevard, Atlanta, Georgia 30336 and Defendant Image Masters, Inc., is a California corporation having its principal place of business at 2899 Agoura Rd., Westlake Village, California 91361.   Plaintiff, Rabbit Tanaka Corporation, USA is a Texas corporation having its principal place of business at 5925 Lovell Avenue, Fort Worth, Texas 76107. Lead Counsel for each Defendant has agreed to accept service on behalf of each Defendant.  The

parties are discussing settlement and believe there is a reasonable likelihood that a settlement can be reached.  In view of this, the parties seek an extension up to and including August 15, 2008, to answer, move or otherwise plead to Plaintiff's Complaint to adjourn the Status Hearing set for August 5, 2008, until August 29, 2008 or thereafter when the Court is available.

Defendants' counsel have indicated that each Defendant stipulates to this extension and adjournment.  This Motion is not made for delay of this litigation.

**II.  Conclusion**

For the foregoing reasons Defendants respectfully request that:

a) this Court grant the Unopposed Motion to Extend Time for the Defendants to answer, move or otherwise plead to Plaintiff's Complaint, extending the time to respond to August 15, 2008.

b) This Court grant the Unopposed Motion to Adjourn the Status Hearing set for August 5, 2008, until August 29, 2008 or later.

Respectfully submitted,

Dated:  July 23, 2008

/s/ Robert J. Schneider
Robert J. Schneider
John R. Crossan
  COUNSEL FOR PLAINTIFF,
  **RABBIT TANAKA CORPORATION, USA**
CHAPMAN AND CUTLER
111. W. Monroe St.
Chicago, IL  60603
312/845-3000
fax: 312/803-5299

## CERTIFICATE OF SERVICE

      I hereby certify that on July 23, 2008, a copy of the foregoing **Unopposed Motion for an Extension of Time to Answer, Move or Otherwise Plead to Plaintiff's Complaint and to Adjourn the Set Status Hearing** was filed with the U.S. District Court, Northern District of Illinois, Eastern, Division, in accordance with its Electronic Case Filing (ECF) procedures and served upon Defendants via e-mail to:

      Alison Danaceau
      Carlton Fields, P.A.
      One Atlantic Center
      1201 West Peachtree Street NW
      Suite 3000
      Atlanta, Georgia  30309

      Allan E. Anderson, Esq.
      Ropers Majeski Kohn Bentley
      515 So. Flower Street
      Suite 1100
      Los Angeles, California  90071

          ___/s/ Robert J. Schneider_____
          Robert J. Schneider