# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RABBIT TANAKA CORPORATION, USA, ) <br>    a Texas Corporation, ) <br> ) <br>                 Plaintiff ) <br> ) <br>             v. ) <br> ) <br> The Paradies Shops, Inc. ) <br>    a Georgia Corporation, ) <br> ) <br>             and ) <br> ) <br> Image Masters, Inc ) <br>    a California Corporation, ) <br> ) <br>               Defendants ) | Civil Action No. 08 CV 3349 <br><br> Judge Kennelly <br><br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:   Alison Danaceau                          Allan E. Anderson, Esq.
       Carlton Fields, P.A.                     Ropers Majeski Kohn Bentley
       One Atlantic Center                    515 So. Flower Street
       1201 West Peachtree Street NW    Suite 1100
       Suite 3000                               Los Angeles, California  90071
       Atlanta, Georgia  30309

**PLEASE TAKE NOTICE** that on Wednesday, July 30, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Kennelly in Room 2103, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and then and there present the following which is hereby served upon you:

1700699

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING.**

                              Respectfully submitted,

Dated: July 18, 2008                   /s/ Robert J. Schneider
                                          Robert J. Schneider
                                          John R. Crossan
                                            COUNSEL FOR PLAINTIFF,
                                              **RABBIT TANAKA CORPORATION, USA**
                                            CHAPMAN AND CUTLER
                                            111. W. Monroe St.
                                            Chicago, IL  60603
                                            312/845-3000
                                            fax: 312/803-5299

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 23, 2008, a copy of the foregoing **Notice of Motion** was filed with the U.S. District Court, Northern District of Illinois, Eastern, Division, in accordance with its Electronic Case Filing (ECF) procedures and served upon Defendants via e-mail to:

      Alison Danaceau
      Carlton Fields, P.A.
      One Atlantic Center
      1201 West Peachtree Street NW
      Suite 3000
      Atlanta, Georgia  30309

      Allan E. Anderson, Esq.
      Ropers Majeski Kohn Bentley
      515 So. Flower Street
      Suite 1100
      Los Angeles, California  90071

          /s/ Robert J. Schneider
          Robert J. Schneider