# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3349 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Rabbit Tanaka Corporation, USA vs. The Paradies Shops, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Unopposed motion for extension of time and to adjourn status hearing is granted. Response to Complaint is to be filed by 8/15/08. The status hearing is vacated and reset to 9/2/08 at 9:00 a.m.

| | Courtroom Deputy Initials: | DS |
|---|---|---|