**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RABBIT TANAKA CORPORATION, USA,

     Plaintiff,

    v.

THE PARADIES SHOPS, INC. and IMAGE
MASTERS, INC.

     Defendants.

Court No. 08 CV 3349

Judge Kennelly

Magistrate Judge Schenkier

**AGREED MOTION FOR EXTENSION OF TIME FOR IMAGE MASTERS, INC. TO
RESPOND TO PLAINTIFF'S COMPLAINT**

  Image Masters, Inc. moves this Honorable Court for an Order extending the time in which it has to respond to Plaintiff's Complaint from August 15, 2008 to August 22, 2008. In support of its Motion, Image Masters, Inc. states:

  1.  Undersigned counsel was only engaged within the last week to represent Image Masters, Inc.

  2.  Counsel require additional time to confer with their client, Image Masters, Inc. and to then prepare a response to Plaintiff's Complaint.

  3.  Plaintiff's counsel do not object to this Motion.

  4.  This Motion is not made for the purposes of delay or any other improper purpose.

  WHEREFORE, Defendant Image Masters, Inc. moves this Honorable Court for an Order extending the time in which it has to respond to Plaintiff's Complaint from August 15, 2008 to August 22, 2008, and grant such other relief as the Court deems just and proper.

Respectfully Submitted,

s/ Peter J. Preston
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois 60606
Telephone: (312) 641-9050
peter.preston@sdma.com

Attorney for Defendant Image Masters, Inc.

### CERTIFICATE OF SERVICE

I certify that on August 11, 2008, I filed the foregoing Agreed Motion for Extension of Time for Image Masters, Inc. to Respond to Plaintiff's Complaint via the Court's ECF system.  In addition, I served the following counsel who have not appeared in this matter by email at the addresses indicated:

Alison Danaceau, adanaceau@carltonfields.com

Allan E. Anderson, aanderson@rmkb.com

s/ Peter J. Preston