IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RABBIT TANAKA CORPORATION, USA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARADIES SHOPS, INC. and IMAGE MASTERS, INC.<br><br>Defendants. | Court No. 08 CV 3349<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

## NOTICE OF PRESENTMENT OF MOTION

To:   Counsel of Record

Please take notice that on Thursday, August 14, 2008, at 9:30 a.m., or as soon thereafter as we may be heard, we will appear before the Honorable Judge Kennelly, or any judge sitting in his place, in Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Image Masters, Inc.'s Agreed Motion for Extension of Time for Image Masters, Inc. to Respond to Plaintiff's Complaint, a copy of which was separately served on you.

Respectfully Submitted,

s/ Peter J. Preston
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois 60606
Telephone: (312) 641-9050
peter.preston@sdma.com

Attorney for Defendant Image Masters, Inc.

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2008, I filed the foregoing Notice of Presentment of Motion via the Court's ECF system. In addition, I served the following counsel who have not appeared in this matter by email at the addresses indicated:

Alison Danaceau, adanaceau@carltonfields.com

Allan E. Anderson, aanderson@rmkb.com

s/ Peter J. Preston