IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA,<br>    a Texas Corporation, | )<br>)<br>) | Civil Action No. 08 CV 3349 |
|                      Plaintiff | )<br>) | |
| v. | )<br>) | Judge Kennelly |
| The Paradies Shops, Inc.<br>    a Georgia Corporation, | )<br>)<br>) | Magistrate Judge Schenkier |
| and | )<br>) | |
| Image Masters, Inc<br>    a California Corporation, | )<br>)<br>) | |
|                     Defendants | ) | |

**PLAINTIFF'S OPPOSITION TO IMAGE MASTERS, INC.'S
MOTION FOR EXTENSION OF TIME TO
<u>RESPOND TO PLAINTIFF'S COMPLAINT</u>**

    Plaintiff's counsel did not agree to the motion filed by Image Masters' counsel on August 11, 2008 and opposes the granting of Image Masters' request.

    This case was filed on June 11, 2008 and counsel for both defendants were provided with copies of the complaint and accepted service at that time. Both defendants requested an extension of time in which to respond to the complaint.

    Undersigned counsel agreed to an extension of the due date to August 15, 2008, more than two months after the complaint was filed, as set forth in the Unopposed Motion filed on July 23, 2008. The court granted this motion on July 29, 2008, setting August 15, 2008 as the due date to respond to the complaint. Plaintiff's counsel had agreed to this extension because representations were made by counsel for both defendants that serious settlement discussions would be undertaken

during the period of the extension.  However, to date neither of defendants' counsel has taken any steps to seek an amicable resolution of this matter and have used the extension only for delay.  Neither has contacted plaintiff's counsel with the information that had been requested concerning the nature and volume of sales made by each of the defendants.

Recently, defendant Image Masters hired another attorney who contacted undersigned counsel to request an additional week's extension in order to respond to the complaint.  Plaintiff's counsel responded that he was not inclined to grant another extension since Image Masters had not followed through on its promise to discuss an amicable resolution of the case.  Image Masters' new counsel, Robert Helfing, persisted that he still needed additional time.  Plaintiff's counsel, in an attempt to be cooperative, stated that he would agree only to an extension of time to file an answer to the complaint.

Thereafter, Image Masters' counsel filed what it termed an "Agreed Motion" with this Court seeking an extension to August 22, 2008 in which to file any type of response to the plaintiff's complaint.

Undersigned counsel, upon receipt of the filing, immediately contacted Image Masters' counsel, Robert Helfing, informing him that Image Masters' motion was a misrepresentation of plaintiff's counsel's agreement and requested that he make a corrective filing.  Defendant's counsel has not responded to plaintiff's request.

WHEREFORE, plaintiff Rabbit Tanaka Corporation requests that Image Masters' Motion for an Extension of Time be denied.

Respectfully submitted,

Dated:  August 12, 2008

/s/ Robert J. Schneider
Robert J. Schneider
John R. Crossan
 COUNSEL FOR PLAINTIFF,
  RABBIT TANAKA CORPORATION, USA
CHAPMAN AND CUTLER
111. W. Monroe St.
Chicago, IL  60603
312/845-3000
fax: 312/803-5299

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I filed the foregoing **Opposition to Image Masters', Inc.'s Motion for Extension of Time** via the Court's Electronic Case Filing (ECF) system. In addition I served the following counsel who have not appeared in this matter by e-mail at the addresses indicated:

Alison Danaceau, adanaceau@carltonfields.com

Allan E. Anderson, Esq., aanderson@rmkb.com

Robert Helfing, Robert.helfing@sdma.com


       /s/ Robert J. Schneider
       Robert J. Schneider