IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RABBIT TANAKA CORPORATION, USA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARADIES SHOPS, INC. and IMAGE MASTERS, INC.<br><br>Defendants. | Court No. 08 CV 3349<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

**RESPONSE IN SUPPORT OF IMAGE MASTERS, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

In its Opposition, Plaintiff objects to the filing of the Motion for Extension of Time as an "Agreed Motion." Plaintiff's counsel affirms that, at the time he discussed the extension with counsel for Image Masters, he "stated that he would agree only to an extension of time to file an answer to the complaint." Plaintiff's counsel made no such statement. Had he done so, Image Masters would have declined it because it has always been Image Masters' intention to fully investigate the possibility of responding by motion under Rule 12(b)(3), based upon improper venue.

The Complaint reveals on its face that this litigation has little or no connection to this venue. The Plaintiff is located in Texas, the defendants in Georgia and California. The only assertions tying this infringement suit to the Northern District of Illinois are the conclusory allegations that the defendants marketed the accused products "at retail stores and through the Internet and other distribution channels in such a way as to reach customers in Illinois and this judicial district. The Defendants have specifically committed acts of infringement in this judicial district by selling and shipping infringing products to customers in this judicial district."

1

Complaint, paragraph 4. In fact, it appears that no such marketing or sales have occurred in this District, or in Illinois at all. Defendant Image Masters requested the additional week specifically for the purpose of confirming that fact in anticipation of responding to the Complaint by means of a Rule 12(b)(3) motion.

Plaintiff also represents that its counsel agreed to the prior extension to facilitate early settlement discussions. Plaintiff states that, "to date neither of defendants' counsel has taken any steps to seek an amicable resolution of this matter and have used the extension only for delay." This contention is pure speculation and is, moreover, incorrect: As promised, both defendants are attempting to secure accurate sales information as the basis of any such settlement.

Defendant Image Masters respectfully submits that an extension of time is appropriate, both to facilitate settlement efforts and, if early settlement cannot be achieved, to allow time for the preparation of a motion to dismiss or transfer this action from this improper venue.

        Respectfully Submitted,

        s/ Peter J. Preston
        SEDGWICK, DETERT, MORAN & ARNOLD LLP
        One North Wacker Drive, Suite 4200
        Chicago, Illinois 60606
        Telephone: (312) 641-9050
        peter.preston@sdma.com

        Attorney for Defendant Image Masters, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on August 13, 2008, I filed the foregoing Response in Support of Image Masters, Inc.'s Agreed Motion For Extension of Time To Respond To Plaintiff's Complaint via the Court's ECF system.  In addition, I served the following counsel who have not appeared in this matter by email at the addresses indicated:

Alison Danaceau, adanaceau@carltonfields.com

Allan E. Anderson, aanderson@rmkb.com

s/ Peter J. Preston