**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA, | ) | |
|     a Texas Corporation, | ) | |
| | ) | Civil Action No. 08 CV 3349 |
|              Plaintiff | ) | |
| | ) | |
|           v. | ) | Judge Kennelly |
| | ) | |
| The Paradies Shops, Inc. | ) | |
|     a Georgia Corporation, | ) | Magistrate Judge Schenkier |
| | ) | |
|         and | ) | |
| | ) | |
| Image Masters, Inc | ) | |
|     a California Corporation, | ) | |
| | ) | |
|           Defendants | ) | |

**PLAINTIFF'S FURTHER OPPOSITION TO IMAGE MASTERS, INC.'S**
**MOTION FOR EXTENSION OF TIME REGARDING**
**DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSITION**

Unfortunately, defendant Image Masters' latest filing which includes further misrepresentations to this Court necessitates this response.

As stated in plaintiff's Opposition filed on August 12, 2008, plaintiff's counsel stated that he would agree to an additional extension of time only for filing of an answer to the complaint because plaintiff believed that the additional time would merely be used by Image Masters to draft potential motions to increase the plaintiff's litigation expenses and to delay this litigation.

Counsel for defendant Image Masters, Robert Helfing, contacted undersigned counsel for plaintiff by telephone requesting an additional week to "respond to the complaint" and plaintiff's counsel responded that he would agree to an extension of time only to file an answer to the complaint. On August 11, 2008, Robert Helfing e-mailed undersigned counsel in an attempt to

broaden the agreement by stating "I wish to confirm that you have agreed to an extension of one week past August 15, 2008 for Image Masters to respond to the complaint in this matter." Undersigned counsel immediately responded via e-mail that "This is not an accurate statement of my agreement. I said I would agree to an additional week for you to file an answer. Please don't represent to the Court that I agreed to anything else."

Defendant's counsel, Robert Helfing, then replied "My prior e-mail accurately stated my understanding regarding the extension we discussed." He further stated that the extension request was filed before he received plaintiff's counsel's response. Plaintiff's counsel responded to Robert Helfing and Peter Preston, Image Masters' local counsel, requesting that the defendant "File a correction with the Court before any ruling is made." Defendant's counsel ignored that request, necessitating the filing of plaintiff's Opposition on August 12, 2008. A copy of the e-mail thread concerning these conversations is attached hereto as Exhibit A.

Plaintiff properly alleged in the complaint that the defendants have committed acts of infringement in this judicial district by offering for sale, selling, and shipping infringing products to customers in this judicial district. Defendant Image Masters argues in its response that "In fact it appears that no such marketing or sales have occurred in this district or in Illinois at all." This is another clear misrepresentation of fact. The three products that were photographed and attached to the complaint as Exhibits B, C, and D were, in fact, shipped to Cook County, Illinois within this district and the marketing is shown on the Paradies Shops website. A phone caller to any store is told that products can be ordered and shipped anywhere. Therefore, infringing acts have occurred in this district and personal jurisdiction in this Court is proper. Defendant Image Masters now argues that it "requested the additional week specifically for the purpose of confirming that fact in anticipation of responding to the complaint by means of a Rule 12(b)(3) motion" based on improper venue. Venue, however, is clearly proper in this district as acts of infringement have occurred in this district. Moreover, the defendants had more than 60 days in which to investigate these facts. Therefore, when requested, plaintiff responded that it would not agree to an additional extension except for the filing of an answer to the complaint.

Furthermore, it is more convenient for all parties to litigate this case in Chicago. It is certainly more convenient for Rabbit Tanaka, who chose this forum, and for its counsel, since most of Rabbit Tanaka's records concerning the patent, prior art, and prior litigation are maintained in Chicago. Moreover, the Chicago Court is geographically juxtapositioned between the corporate offices of defendant Paradies in Atlanta, Georgia and the offices of Image Masters in California. Travel to Chicago is cheaper, easier, and more likely to result in fewer scheduling snags for the parties, the witnesses, and the Court, than travel to Georgia or to California resulting in a savings in resources for all involved.

While defendant Image Masters asserts that the defendants are attempting to secure accurate sales information as a basis for settlement discussions, plaintiff has been asking for simply an approximate number for 60 days, but neither defendant has provided that information. Only last evening, Allan Anderson, another one of the attorneys representing Image Masters, finally discussed potential settlement with undersigned counsel and for the very first time, asked undersigned counsel for plaintiff's settlement demand.

Plaintiff Rabbit Tanaka Corporation respectfully submits that any further extension of time, except to file an answer to the complaint and to submit to the jurisdiction of this Court, is inappropriate since jurisdiction and venue are proper in this Court and it is the most convenient forum for all concerned. Plaintiff therefore requests that defendant Image Master's Motion for an Extension of Time be denied.

Respectfully submitted,

Dated: August 13, 2008

/s/ Robert J. Schneider
Robert J. Schneider
John R. Crossan
  COUNSEL FOR PLAINTIFF,
  **RABBIT TANAKA CORPORATION, USA**
CHAPMAN AND CUTLER
111. W. Monroe St.
Chicago, IL 60603
312/845-3000
fax: 312/803-5299

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I filed the foregoing **Further Opposition to Image Masters', Inc.'s Motion for Extension of Time Regarding Defendant's Response to Plaintiff's Opposition** via the Court's Electronic Case Filing (ECF) system. In addition I served the following counsel who have not appeared in this matter by e-mail at the addresses indicated:

Alison Danaceau, adanaceau@carltonfields.com

Allan E. Anderson, Esq., aanderson@rmkb.com

Robert Helfing, Robert.helfing@sdma.com

_____/s/ Robert J. Schneider_____
Robert J. Schneider

# EXHIBIT A

From: "Robert J. Schneider" <bschneid@chapman.com>
Subject: **Rabbit Tanaka Corporation, USA v. Paradies Shops, Inc.**
Date: August 12, 2008 7:49:34 AM CDT
To: "Helfing, Robert" <robert.helfing@sdma.com>
Cc: Peter Preston <peter.preston@sdma.com>



Dear Robert,

This is a matter of honesty and creditability.

Now that you misunderstanding has been correct, I expect you to file a correction with the Court before any ruling is made.

Please contact me if you have any questions.

With best regards,

Robert J. Schneider
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603


T  +1-312-845-3919
F  +1-312-803-5299
C  +1-312-593-1418
Email   iplaw@chapman.com
Web:   www.chapman.com


On Aug 11, 2008, at 8:50 PM, Helfing, Robert wrote:

Dear Robert,

My prior email accurately stated my understanding regarding the extension we discussed.  Our motion for an extension, which was filed before I received your response, was based upon that understanding.

What is your concern about the means other than an Answer by which we might respond to the complaint?  Most of them are available to us, in one form or another, even if we file an Answer first.

By the way, it is my firm, not Allan Anderson's, which will be representing Image Masters.  Allan represents the client generally, but will not serve as counsel of record in this case.

Bob


-----Original Message-----
**From:** Robert J. Schneider [mailto:bschneid@chapman.com]
**Sent:** Monday, August 11, 2008 4:38 PM
**To:** Helfing, Robert
**Subject:** Re: Activity in Case 1:08-cv-03349 Rabbit Tanaka Corporation, USA v. Paradies Shops, Inc., The et al order on motion for extension of time

Dear Robert,

This is not an accurate statement of my agreement.  I said I would agree to an additional week for you to file an answer.  Please don't represent to the court that I agreed to anything else.

Also, I received an email from Allan Anderson stating that he was still representing Image Masters.  If this is the case, I don't think that you should need more time.

With best regards,

Robert J. Schneider
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603


T  +1-312-845-3919

F  +1-312-803-5299
C  +1-312-593-1418
Email   iplaw@chapman.com
Web:   www.chapman.com


On Aug 11, 2008, at 5:27 PM, Helfing, Robert wrote:

Robert,

I wish to confirm that you have agreed to an extension of one week past August 15, 2008 for Image Masters to respond to the complaint in this matter.  As promised, I will confer with my client about your request for sales information and will contact you shortly afterwards.

Thank you for your courtesy in agreeing to the extension.

**Bob**

_____

**SEDGWICK** LLP

DETERT, MORAN & ARNOLD

**Robert F. Helfing**
Attorney at Law
801 S. Figueroa St., 18th Fl.
Los Angeles, CA 90017
T: 213.426.6900 ext.  8028
F: 213.426.6921
http://www.sdma.com
Email: robert.helfing@sdma.com
_____


-----Original Message-----
**From:** Robert J. Schneider [mailto:bschneid@chapman.com]
**Sent:** Saturday, August 09, 2008 5:43 AM
**To:** Helfing, Robert
**Subject:** Fwd: Activity in Case 1:08-cv-03349 Rabbit Tanaka Corporation, USA v. Paradies Shops, Inc., The et al order on motion for extension of time

Robert,

Attached is the court's extension order from the CM/ECF system and a copy of the motion we filed.

Paradies is represented by Alison P. Danaceau, and Gail Podolsky of:
/ Carlton Fields, P.A. / 1201 W. Peachtree St., Suite 3000, Atlanta, GA 30309 / (404) 815-3382 (ph)  / (404) 815-3415 (fax) /
adanaceau@carltonfields.com / www.carltonfields.com

Please contact me if you have any questions.

With best regards,

Robert J. Schneider
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603


T  +1-312-845-3919
F  +1-312-803-5299
C  +1-312-593-1418
Email   iplaw@chapman.com
Web:   www.chapman.com


---------------------------------------------------
The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.