UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Rabbit Tanaka Corporation, USA

          Plaintiff,

v.                Case No.: 1:08−cv−03349
                Honorable Matthew F. Kennelly

Paradies Shops, Inc., The, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly:Motion for extension of time to answer [13] is granted. Answer by all defendants is due by 8/22/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.