## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA, a Texas Corporation, | ) ) ) | |
| Plaintiff | ) ) ) | Civil Action No. 08 CV 3349 |
| v. | ) ) | Judge Kennelly |
| The Paradies Shops, Inc. a Georgia Corporation, | ) ) ) | Magistrate Judge Schenkier |
| and | ) ) ) | |
| Image Masters, Inc a California Corporation, | ) ) ) ) | |
| Defendants | ) ) | |

### AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING

Plaintiff, Rabbit Tanaka Corporation, USA and Defendant Image Masters, Inc. move this Honorable Court for an Order extending the time for all defendants to Answer the Plaintiff's complaint from August 22, 2008 to September 19, 2008 and to adjourn the Status Hearing set for September 2, 2008 until September 23, 2008 or later. Counsel for the parties are discussing settlement and, while some progress has been made, the parties are not in agreement and more time is required to negotiate the potential terms of a settlement, if one is to be reached.

For the foregoing reasons Plaintiff and Defendants respectfully request that:

a) This Court grant this Agreed Motion to Extend Time for the Defendants to Answer Plaintiff's Complaint, extending the time to September 19, 2008.

    b)      This Court grant the Parties' Motion to Adjourn the Status Hearing set for September 2, 2008, until September 23, 2008 or later.

Respectfully submitted,

Dated: August 21, 2008

/s/ Peter J. Preston  
Peter J. Preston  
COUNSEL FOR DEFENDANT,  
**IMAGE MASTERS, INC.**  
SEDGWICK, DETERT, MORAN & ARNOLD LLP  
One North Wacker Drive, Ste. 4200  
Chicago, IL 60606  
312/641-9050

/s/ Robert J. Schneider  
Robert J. Schneider  
John R. Crossan  
COUNSEL FOR PLAINTIFF,  
**RABBIT TANAKA CORPORATION, USA**  
CHAPMAN AND CUTLER  
111. W. Monroe St.  
Chicago, IL 60603  
312/845-3000  
fax: 312/803-5299

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, a copy of the foregoing **Agreed Motion for an Extension of Time to Answer Plaintiff's Complaint and to Adjourn the Set Status Hearing** was filed with the U.S. District Court, Northern District of Illinois, Eastern, Division, in accordance with its Electronic Case Filing (ECF) procedures and served upon Defendants via e-mail to:

>Alison Danaceau
>Carlton Fields, P.A.
>One Atlantic Center
>1201 West Peachtree Street NW
>Suite 3000
>Atlanta, Georgia  30309
>
>Allan E. Anderson, Esq.
>Ropers Majeski Kohn Bentley
>515 So. Flower Street
>Suite 1100
>Los Angeles, California  90071
>
>Robert F. Helfing
>Sedgwick, Detert, Moran & Arnold LLP
>801 S. Figueroa St., 18th Floor
>Los Angeles, California  90017

                                              ___/s/ Robert J. Schneider_____
                                              Robert J. Schneider