IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA, | ) | |
|     a Texas Corporation, | ) | |
| | ) | Civil Action No. 08 CV 3349 |
|               Plaintiff | ) | |
| | ) | |
|           v. | ) | Judge Kennelly |
| | ) | |
| The Paradies Shops, Inc. | ) | |
|     a Georgia Corporation, | ) | Magistrate Judge Schenkier |
| | ) | |
|               and | ) | |
| | ) | |
| Image Masters, Inc | ) | |
|     a California Corporation, | ) | |
| | ) | |
|               Defendants | ) | |
| _____ | ) | |

## NOTICE OF AGREED MOTION

TO:  Alison Danaceau                             Allan E. Anderson, Esq.
        Carlton Fields, P.A.                       Ropers Majeski Kohn Bentley
        One Atlantic Center                      515 So. Flower Street, Ste. 1100
        1201 West Peachtree Street NW, Ste. 3000    Los Angeles, California 90071
        Atlanta, Georgia 30309

        Robert F. Helfing
        Sedgwick, Detert, Moran & Arnold LLP
        801 S. Figueroa St., 18th Floor
        Los Angeles, California 90017

    **PLEASE TAKE NOTICE** that on Wednesday, August 27, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Kennelly in Room 2103, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago,

Illinois, or before any judge sitting in his stead, and then and there present the following which is hereby served upon you:

**AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING.**

                                                                                     Respectfully submitted,

Dated:  August 21, 2008                       /s/ Robert J. Schneider
                                                    Robert J. Schneider
                                                    John R. Crossan
                                                      COUNSEL FOR PLAINTIFF,
                                                     **RABBIT TANAKA CORPORATION, USA**
                                                    CHAPMAN AND CUTLER
                                                    111. W. Monroe St.
                                                    Chicago, IL  60603
                                                    312/845-3000
                                                    fax: 312/803-5299

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2008, a copy of the foregoing **Notice of Motion** was filed with the U.S. District Court, Northern District of Illinois, Eastern, Division, in accordance with its Electronic Case Filing (ECF) procedures and served upon Defendants via e-mail to:

      Alison Danaceau
      Carlton Fields, P.A.
      One Atlantic Center
      1201 West Peachtree Street NW
      Suite 3000
      Atlanta, Georgia  30309

      Allan E. Anderson, Esq.
      Ropers Majeski Kohn Bentley
      515 So. Flower Street
      Suite 1100
      Los Angeles, California  90071

      Robert F. Helfing
      Sedgwick, Detert, Moran & Arnold LLP
      801 S. Figueroa St., 18th Floor
      Los Angeles, California  90017

          ___/s/ Robert J. Schneider_____
          Robert J. Schneider