# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RABBIT TANAKA CORPORATION, USA, a Texas Corporation, | ) ) ) |
| Plaintiff | ) Civil Action No. 08 CV 3349 ) ) |
| v. | ) Judge Kennelly ) |
| The Paradies Shops, Inc. a Georgia Corporation, | ) ) Magistrate Judge Schenkier ) |
| and | ) ) |
| Image Masters, Inc a California Corporation, | ) ) ) |
| Defendants | ) |

## NOTICE OF MOTION

TO:  Alison Danaceau                        Allan E. Anderson, Esq.
     Carlton Fields, P.A.                   Ropers Majeski Kohn Bentley
     One Atlantic Center                    515 So. Flower Street, Ste. 1100
     1201 West Peachtree Street NW, Ste. 3000   Los Angeles, California  90071
     Atlanta, Georgia  30309

     Robert F. Helfing
     Sedgwick, Detert, Moran & Arnold LLP
     801 S. Figueroa St., 18th Floor
     Los Angeles, California  90017

**PLEASE TAKE NOTICE** that on Wednesday, August 27, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Kennelly in Room 2103, in the

Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and then and there present the attached Motion, which is herewith served upon you:

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT ADDING A PARTY DEFENDANT.**

           Respectfully submitted,

Dated:  August 22, 2008

   /s/ Robert J. Schneider_____
Robert J. Schneider
John R. Crossan
  Counsel for Plaintiff,
  **Rabbit Tanaka Corporation, USA**
Chapman and Cutler
111. W. Monroe St.
Chicago, IL  60603
312/845-3000
fax: 312/803-5299

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, a copy of the foregoing **Notice of Motion** was filed with the U.S. District Court, Northern District of Illinois, Eastern, Division, in accordance with its Electronic Case Filing (ECF) procedures and served upon Defendants via e-mail to:

      Alison Danaceau
      Carlton Fields, P.A.
      One Atlantic Center
      1201 West Peachtree Street NW
      Suite 3000
      Atlanta, Georgia  30309

      Allan E. Anderson, Esq.
      Ropers Majeski Kohn Bentley
      515 So. Flower Street
      Suite 1100
      Los Angeles, California  90071

      Robert F. Helfing
      Sedgwick, Detert, Moran & Arnold LLP
      801 S. Figueroa St., 18th Floor
      Los Angeles, California  90017

      ___/s/ Robert J. Schneider_____
      Robert J. Schneider