# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3349 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Rabbit Tanaka Corporation, USA vs. The Paradies Shops, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Leave to File an Amended Complaint adding a defendant is granted, with summons to issue to the new defendant.

| | Courtroom Deputy Initials: | DS |
|---|---|---|