# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3349 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Rabbit Tanaka Corporation, USA vs. The Paradies Shops, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The agreed motion for Extension of Time and to Adjourn the Set Status hearing is granted. Response to Amended Complaint is to be filed by 9/19/08. The status hearing of 9/2/08 is vacated and reset to 9/23/08 at 9:00 a.m.

| | Courtroom Deputy Initials: | DS |
|---|---|---|