UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 3349 |
| v. | ) ) | Judge Kennelly |
| THE PARADIES SHOPS, INC., IMAGE MASTERS, INC., and BIG LOTS STORES, INC., | ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  See Attached Certificate of Service

PLEASE TAKE NOTICE THAT on **Tuesday, September 9, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or such other judge sitting in his stead, in the courtroom usually occupied by him in Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present **Motion for Leave to Appear *Pro Hac Vice***, a copy of which is hereby served upon you.

Dated: September 2, 2008

Respectfully submitted,

/s/ Marcus D. Fruchter
Marcus D. Fruchter (fruchter@sw.com)
*One of the Attorneys for The Paradies Shops, Inc.*

Paula E. Litt
Marcus D. Fruchter
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Phone: 312.701.9300

## CERTIFICATE OF SERVICE

I, Marcus D. Fruchter, an attorney, certify that on September 2, 2008, the foregoing **Notice of Motion** was served by filing it with the Court's CM/ECF system, which automatically emails notification of such filing to the following individuals:

Robert Jerome Schneider, Esq.
John R. Crossan, Esq.
Chapman & Cutler
111 West Monroe Street, Suite 1600
Chicago, Illinois  60603

Peter J. Preston, Esq.
Robert F. Helfing, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois  60606-2841

Allan E. Anderson, Esq.
Ropers Majewski Kohn Bentley
515 S. Flower Street, Suite 1100
Los Angeles, California  90071

/s/ Marcus D. Fruchter
Marcus D. Fruchter (fruchter@sw.com)

184475_1.DOC